# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| IMC DIAGNOSTIC AND MEDICAL CLINIC, P.C., ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> THE MEDICAL PROTECTIVE COMPANY, <br><br> Defendant. | Case No.: 1:14-cv-567 |

## NOTICE OF REMOVAL

**TO THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA:**

PLEASE TAKE NOTICE that in accordance with 28 U.S.C. §§ 1332, 1441 and 1446, Defendant The Medical Protective Company ("MedPro"), incorrectly named in the Complaint as Medical Protective Insurance Company, has removed this civil action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Mobile Division, and in support of the removal shows unto the Court the following:

1. On November 24, 2014, Plaintiffs IMC Diagnostic and Medical Clinic, Inc. ("IMC") and fifty-eight (58) doctors affiliated with IMC filed suit

against MedPro in the Circuit Court of Mobile County, Alabama.[1]  The Complaint alleges claims for breach of contract, fraud in the inducement, and suppression arising from an insurance coverage dispute over costs incurred by Plaintiffs defending a *qui tam* lawsuit alleging that Plaintiffs submitted millions of dollars in false claims to federal healthcare programs.[2]

2.  The Complaint contains prayers for relief seeking compensatory damages of $998,577.84 plus interest and costs, as well as mental distress damages, and punitive damages.[3]

3.  Service of process of the Complaint was made upon MedPro December 1, 2014.[4]

## NOTICE TIMELY FILED

4.  In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.  This Notice is being filed within thirty (30) days after the first receipt by MedPro of a copy of the initial pleading setting forth the claim for relief, being the Plaintiffs' Complaint.

---

[1] Ex. 1, Complaint.
[2] Ex. 1, Complaint.
[3] Ex. 1, Complaint at Prayers for Relief in Counts One through Three.
[4] Ex. 2, Service of Process Transmittal.

**DIVERSITY JURISDICTION**

5.     This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. § 1441.

6.     According to the Complaint, Plaintiff IMC is a professional corporation organized under the laws of Alabama with its principal place of business in Mobile, Alabama.[5]

7.     Upon information and belief, the fifty-eight individual named Plaintiffs are citizens of Alabama, Florida, and Colorado.[6]

8.     MedPro is a corporation organized under the laws of Indiana with its principal place of business in Fort Wayne, Indiana.

9.     Complete diversity exists between the Plaintiffs, as an Alabama corporation and Alabama, Florida, and Colorado citizens and residents, and the Defendant, as an Indiana corporation.

**AMOUNT IN CONTROVERSY**

10.    The amount in controversy in this action exceeds $75,000.00, exclusive of interests and costs.  Plaintiffs seek compensatory damages of

---

[5] Ex. 1, Complaint ¶1.
[6] The Complaint does not allege citizenship of the individual named Plaintiffs.  A paralegal for the undersigned conducted a public records search to confirm this information. See Affidavit of Tracy Adair and exhibit attached as Ex. 3.

$998,577.84 plus interest and costs, as well as mental distress damages, and punitive damages.[7]

## WRITTEN NOTICE TO PARTIES AND FILING IN STATE COURT

11.     Written notice of filing of this Notice of Removal is being served directly on all parties or through their counsel of record.  A copy of the Notice of Removal has been filed with the Clerk of the Circuit Court of Mobile County, Alabama.

## PROCESS, PLEADINGS AND ORDERS SERVED

12.     Pursuant to U.S.C. § 1446(a), a copy of all process, pleadings and orders received by MedPro is attached as Exhibit 4.

WHEREFORE, MedPro respectfully requests the Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Mobile Division.

Dated: December 9, 2014.

          Respectfully submitted,

          */s/Stephen E. Whitehead*
          Stephen E. Whitehead (WHI066)
          Graham R. Pulvere (PUL003)
          Attorneys for Medical Protective Insurance Company

---

[7] Ex. 1, Complaint at Prayers for Relief in Counts One through Three.

**OF COUNSEL:**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama  35223
Telephone:  (205) 967-8822
Fax:  (205) 967-2380
steve@lgwmlaw.com
gpulvere@lgwmlaw.ccom

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2014, a true and correct copy of the foregoing has been furnished either by filing electronically with the Clerk of Court and/or United States Mail, properly addressed and first-class postage prepaid:

Peter F. Burns, Esq.
Burns, Cunningham & Mackey, P.C.
P.O. Box 1583
Mobile, Alabama 36633

                                       */s/Stephen E. Whitehead*
                                       Of Counsel