IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IMC DIAGNOSTIC AND MEDICAL CLINIC, P.C., et al., | ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 14-0567-CG-B |
| THE MEDICAL PROTECTIVE COMPANY, | ) ) ) ) |
| Defendant/Counter-Claimant. | ) |

**ORDER**

The parties having filed a Joint Stipulation of Dismissal with Prejudice on January 13, 2015 (Doc. 14), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his, her, or its own respective costs.

**DONE and ORDERED** this 14th day of January, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE